No. 297. MOYER *v.* HINES, ADMINISTRATOR OF VETERANS AFFAIRS. October 13, 1941. Petition for writ of

certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Paul D. Smith* and *Thomas H. Sutherland* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Paul A. Sweeney* for respondent.